UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

HENRY TUCKER, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              No.: 1:25-cv-82

              Plaintiffs,

              **NOTICE OF VOLUNTARY**

         v.        **DISMISSAL**

OCEANA USA INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

      Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, OCEANA USA INC.

Dated:   New York, New York
         April 28, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge